An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER WHITTON,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69111

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner challenges criminal proceedings pending in the district court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Petitioner is represented by counsel in the proceedings in the district court and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Eighth Judicial District Court, Department 25
     Christopher Whitton
     Law Office of Betsy Allen
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A

15-38659